

# NUMBER 13-23-00243-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

LOUELLA SADLER,
PARTNERS CAPITAL, L.L.C.,
JR ASSETS, L.L.C., RIEHS
BROTHERS L.P., R BROS L.P.,
AND RIEHS CATTLE CO.,                                    Appellants,

v.

JONATHAN R. RIEHS,
BRENT R. ROZNER,
AND ROBERT BLEVINS,                                      Appellees.

On appeal from the 24th District Court
of Jackson County, Texas.

## MEMORANDUM OPINION

Before Chief Justice Contreras and Justices Benavides and Longoria
Memorandum Opinion by Chief Contreras

This cause is before the Court on appellants' motion to withdraw appeal which we construe as a motion to dismiss appeal. *See* TEX. R. APP. P. 42.1(a)(1). According to the motion, after the trial court granted a Third Amended Temporary Injunction, this appeal is now moot.

The Court, having considered the documents on file and the motion to dismiss the appeal, is of the opinion the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Accordingly, the motion is granted, and the appeal is hereby dismissed as moot. Costs are taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the appellants' request, no motion for rehearing will be entertained.

DORI CONTRERAS
Chief Justice

Delivered and filed on the
13th day of July, 2023.

2